# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JESSIE MCGRUDER**                                                                          **PLAINTIFF**

v.                               No: 2:24-cv-00036 LPR

**WILLIAM CHAD DAVIS,** *et al.*                                                     **DEFENDANTS**

## ORDER

A notice of deposition was served on counsel for defendant William Chad Davis on May 16, 2025 by counsel for plaintiff Jessie McGruder, giving notice that Davis' deposition is to be taken on May 22, 2025 at 10:00 a.m.  Doc. No. 17-1.  On May 20, 2025, Davis filed a motion seeking entry of a protective order and a motion to quash the notice of deposition, along with a brief in support.  Doc. Nos. 17 & 18.  Judge Rudofsky, the district judge assigned to this matter, has referred the motion to the undersigned as the assigned magistrate judge on the case.  McGruder has not yet filed a response to the motion and his time to respond has not yet passed.  Because the deposition in issue is scheduled for tomorrow, this Court GRANTS the motion to quash and cancels the deposition scheduled for May 22 until McGruder has an opportunity to respond, and until the Court has a chance to review a complete record on the issues involved.  A ruling on the motion for protective order will be held in abeyance until after McGruder responds and the Court can review the complete record.

IT IS SO ORDERED this 21st day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE